B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re __SCOTTSDALE COLLECTION SERV__,
                Debtor

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| SEE ATTACHED LIST | | | | |

Date: __11-10-2010__

_____
        Debtor

*[Declaration as in Form 2]*

SCOTTSDALE COLLECTION SERVICES, LLC.
OPEN ACCOUNTS PAYABLE REPORT

| VENDOR NAME / ADDRESS | Sep 30, 10 | Verified by Vendor: |
|---|---|---|
| ACA International<br>PO BOX 390106<br>MINNEAPOLIS, MN 55439-0106<br>ACCT# 3092746 | 199.00 | 0.00 |
| Accurint<br>LEXIS NEXIS- ACCT# 1116930<br>PO BOX 7247-69157<br>PHILADELPHIA, PA 19170-6157 | 3,172.85 | 5745.15 |
| Aqua Chill Inc #4<br>PO BOX 24719<br>TEMPE, AZ 85285-4719<br>ACCT# 8615 | 303.63 | 190.95 |
| Arizona Department of Economic Security<br>PO BOX 6028<br>PHOENIX, AZ 85005-6028 | 7.68 | |
| ARIZONA MULTIHOUSING ASSOCIATION<br>5110 N. 44TH ST, STE 160L<br>PHOENIX, AZ 85018 | 425.00 | |
| AT&T 5140<br>PO BOX 30218<br>LOS ANGELES, CA 90030-0218<br>ACCT# 806775140 | 18.23 | |
| B&W Fire Security Systems, LLC<br>8626 E LONG MESA<br>PRESCOTT VALLEY, AZ 86314 | 351.00 | 436.00 |
| Capital one #2444<br>PO BOX 60024<br>CITY OF INDUSTRY, CA 91716-0024 | 857.76 | |
| ce3media<br>PO BOX 13897<br>MESA, AZ 85275 | 1,000.00 | |
| CHASE -9098<br>CARD MEMBER SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094 | 3,890.49 | |
| CHASE AUTO FINANCE 5509<br>PO BOX 78101<br>PHOENIX, AZ 85062-8101 | 20.00 | |
| City of Phoenix<br>CODE ENFORCEMENT UNIT<br>PO BOX 29380<br>PHOENIX, AZ 85038-9380 | 255.00 | |
| Colorado Casualty Insurance<br>PO BOX 85834<br>SAN DIEGO, CA 92186-5834 | 2,530.08 | |
| CORPORATION SERVICE COMPANY<br>11S 12TH STREET<br>RICHMONT, VA 23218 | 50.00 | |
| DanTom Systems<br>29241 BECK ROAD<br>WIXOM, MI 48393 | 3,403.82 | |

| VENDOR NAME / ADDRESS | Sep 30, 10 | by Vendor: |
|---|---|---|
| | | Verified |
| VENDOR NAME / ADDRESS | Sep 30, 10 | by Vendor: |
| Dell<br>BUSINESS CREDIT PYMT PROC. CTR<br>PO BOX 5275<br>CAROL STREAM, IL 60197-5275 | 7,022.18 | |
| E-Oscar-Web<br>DEPT. 224501<br>PO BOX 55000<br>DETROIT, MI 48255-0001 | 1,184.64 | |
| Equifax<br>PO BOX 105835<br>ATLANTA, GA 30348-5835 | 125.00 | |
| Fed Ex<br>PO BOX 7221<br>PASSADENA, CA 91109-7321 | 343.34 | |
| GAYLE BARTLETT<br>38401 N. FAIRWAY TR.<br>CAVE CREEK, AZ 88331 | 319.89 | |
| Incorp<br>375 N. STEPHANIE ST, STE 1411<br>HENDERSON, NV 89014-8909 | 99.00 | |
| INFORMATION ACCESS TECHNOLOGY, INC<br>1100 EAST 6600 S, STE 300<br>SALT LAKE CITY, UT 84121 | 7,385.00 | 3600.00 |
| IntronisONLINE BACKUP<br>332 CONGRESS ST, 4TH FLOOR<br>BOSTON, MA 02210<br>ACCT# 10-10090-204 | 1,653.99 | 1763.94 |
| Iron Mountain<br>PO BOX 601002<br>LOS ANGELES, CA 90060<br>ACCT# A371Z | 1,298.83 | |
| IRONWOOD LITHOGRAPHERS<br>455 S. 52ND STREET<br>TEMPE, AZ 85281<br>ACCT# 841 | 1,765.66 | 558.60 |
| Manifest Funding - 3323<br>PO BOX 790448<br>ST. LOUIS, MO 6319-0448 | 2,076.80 | |
| MiniCo, Inc.<br>ATTN: TENANT ACCTG<br>2531 W. DUNLAP AVENUE<br>PHOENIX, AZ 85021-2730 | 14,048.38 | |
| NEW EMPIRE VENTURES (landlord)<br>REPRESENTED BY BUCHALTER NEMER attornies<br>16435 N. SCOTTSDALE RD, STE 440<br>SCOTTSDALE, AZ 85254-1754 | 0.00 | 29123.69 |
| North Carolina Department of Insurance<br>AGENT SERVICE DIVISION<br>1204 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-1204 | 1,000.00 | |

| VENDOR NAME / ADDRESS | Sep 30, 10 | by Vendor: |
|---|---|---|
| VENDOR NAME / ADDRESS | Sep 30, 10 | Verified by Vendor: |
| Office Max<br>HSBC BUSINESS SOLUTIONS<br>PO BOX 5239<br>CAROL STREAM, IL 60197-5239<br>ACCT# 7737-0409-0100-9069 | 5,631.39 | |
| OutSource R Us, Inc<br>210 WEST 22ND ST, STE 115<br>OAKBROOK, IL 60523 | 1,336.00 | |
| Pitney Bowes -4551<br>PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE, KY 40285-6042 | 7,383.98 | |
| Pitney Bowes 4174<br>PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE, KY 40285-6042 | 882.36 | |
| Provision A\R Inc.<br>CLIENTACCESSWEB.COM<br>PO BOX 1882<br>WENATCHEE, WA 98807-1882 | 1,850.00 | 3300.00 |
| Qwest-827<br>PO BOX 29039<br>PHOENIX, AZ 85038-9039 | 24.55 | |
| Qwest #407B<br>PO BOX 29039<br>PHOENIX, AZ 85038-9039 | 232.28 | |
| Safeco Insurance<br>PINNACLE INSURANCE AGENCY INC.<br>PO BOX 28306<br>SCOTTSDALE, AZ 85255-4334 | 130.77 | |
| SKARECKY & HOLDER, P.A.<br>3130 N. 3RD AVENUE, STE 300<br>PHOENIX, AZ 85013-4322 | 301.60 | |
| Tennessee Department of Revenue<br>TAX ENFORCEMENT DIVISION<br>PO BOX 190665<br>NASHVILLE, TN 37219 | 655.17 | |
| The Computer Manager<br>PO BOX 1961<br>POULSBO, WA 98370 | 225.00 | 225.00 |
| The Hartford 103<br>PO BOX 2907<br>HARTFORD, CT 06104-2907 | 10.00 | |
| The Hartford Insurance-9400<br>PO BOX 2907<br>HARTFORD, CT 06104-2907 | 30.00 | |
| TransUnion - 0212<br>PO BOX 99506<br>CHICAGO, IL 60693-9506 | 1,380.42 | |
| US - Bank acc # 1021680<br>PO BOX 790448<br>ST. LOUIS, MO 63179-0448<br>ACCT# 1021680 | 913.33 | |

| VENDOR NAME / ADDRESS | Sep 30, 10 | by Vendor: |
|---|---|---|
| VENDOR NAME / ADDRESS | Sep 30, 10 | Verified by Vendor: |
| Verizon Wireless<br>PO BOX 9622<br>MISSION HILLS, CA 91346-9622 | 148.45 | |
| Wells Fargo CC 7332<br>PAYMENT REMITTANCE CENTER<br>PO BOX 54329<br>LOS ANGELES, CA 90054-0349 | 3,927.00 | |

TOTAL= 79,869.55

# ENDING 08 01 10

|   | A | B | C | D | E | F | G |   |
|---|---|---|---|---|---|---|---|---|
| 1 | OUTSTANDING CHECKS FOR CLIENTS | MEDQUEST JAIME/ BENALDEZ 602-952-6000 | 1850 CENTRAL 19th FLOOR | PHOENIX | AZ | 85004 | 150,000 | APEX |
| 2 | = STMNT ENDING 08/01/10 | WOLKOW FLOYD BYBEE 480-756-8822 | 2473 S. NICHLEY RD #104 | GILBERT | AZ | 85295 | 40,000 | APEX |
| 2 |   |   |   |   |   |   |   |   |

| 3 | CLIENT # | CLIENT NAME | Address | CITY | State | Zip | BALANCE |
|---|---|---|---|---|---|---|---|
| 4 | 122 | JEROME RIDDLE DDS | 7010 E. Chauncey Lane # 140 | Phoenix | AZ | 85054 | $156.20 |
| 5 | 128 | DOUGLAS W BEALS DDS MS PC | 9377 E Bell Rd # 379 | Scottsdale | AZ | 85260 | $50.67 |
| 6 | 147 | CORNEA CONSULTANTS | 3815 E. Bell Rd # 2500 | Phoenix | AZ | 85032 | $82.05 |
| 7 | 161 | INSIGHT DIAGNOSTIC IMAGING | 10210 N. 25th Ave # 100 | Phoenix | AZ | 85021 | $142.52 |
| 8 | 188 | PUEBLO FAMILY PHYSICIANS LTD | 15425 N. Greenway Hayden Lp # A300 | Scottsdale | AZ | 85260 | $92.54 |
| 9 | 295 | DESERT CENTER FOR ALLERGY & CHEST DISEAS | 2625 E. Greenway Pkwy # 205 | Phoenix | AZ | 85032 | $268.32 |
| 10 | 300 | MARK H WILSON MD | 1076 W Chandler Blvd # 112 | Chandler | AZ | 85224 | $247.09 |
| 11 | 308 | ROBERT D RIERSON MD | 4444 N 32nd St # 220 | Phoenix | AZ | 85018 | $169.70 |
| 12 | 318 | JAMES T COOPER MD | 12361 W. Bola Dr # 109 | Surprise | AZ | 85374 | $192.82 |
| 13 | 338 | 360 PHYSICAL THERAPY | 1076 W Chandler Blvd # 100 | Chandler | AZ | 85224 | $385.13 |
| 14 | 368 | DONNA GLEASON CRNFA | PO Box 10212 | Scottsdale | AZ | 85271 | $6.67 |
| 15 | 412 | EAST VALLEY PLASTIC SURGERY | 600 S. Dobson Rd # E 36 | Chandler | AZ | 85224 | $22.50 |
| 16 | 415 | HARRY SIROUNIAN | 12601 N. Cave Creek Rd # 109 | Phoenix | AZ | 85022 | $28.97 |
| 17 | 421 | SUKHDEEP PADDA MD | 20100 N. 51st Ave # F620 | Glendale | AZ | 85308 | $64.66 |
| 18 | 431 | BETSY SMITH CRNFA | Po Box 20155 | Mesa | AZ | 85277 | $66.67 |
| 19 | 437 | EXPRESS CARE WALK IN FAMILY HEALTH CARE | 2034 S Alma School Rd | Mesa | AZ | 85210 | $16.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | 441 | TRACI PAIGE DO | 4545 E. Chandler Blvd # 206 | Phoenix | AZ | 85048 | $92.64 |
| 21 | 446 | PRESCOTT WOMEN'S CLINIC | 919 Twelfth Place # 1 | Prescott | AZ | 86305 | $351.87 |
| 22 | 470 | MEDWISE PC | 790 Gail Gardner Way | Prescott | AZ | 86305 | $1,214.46 |
| 23 | 481 | WICKENBURG COMMUNITY HOSPITAL | 520 Rose Lane | Wickenburg | AZ | 85390 | $52.50 |
| 24 | 527 | DALE MASI CTS FA | Po Box 20118 | Mesa | AZ | 85277 | $66.67 |
| 25 | 538 | GENESIS | 2325 N Wyatt Dr # 107 | Tucson | AZ | 85712 | $41.46 |
| 26 | 545 | AZ CENTER FOR HEMOTOLOGY AND ONCOLOGY | 5750 W thunderbird Rd # C-300 | Glendale | AZ | 85306 | $113.75 |
| 27 | 554 | NORTH COUNTRY COMMUNITY HEALTH CENTER | 2920 N Fourth St. | Flagstaff | AZ | 86004 | $5,516.11 |
| 28 | 558 | JESSICA A BLANCO MD | 5505 W. Chandler Blvd # B-13 | Chandler | AZ | 85226 | $16.32 |
| 29 | 560 | MARANA HEALTH CENTER | PO Box 188 | Marana | AZ | 85653 | $544.71 |
| 30 | 562 | SUNLIFE FAMILY HEALTH | PO Box 10097 | Casa Grande | AZ | 85230 | $35.00 |
| 31 | 577 | WICKENBURG COMMUNITY HOSPITAL | 520 Rose Lane | Wickenburg | AZ | 85390 | $102.59 |
| 32 | 605 | CORNERSTONE PEDIATRICS | 726 Gail Gardner Way Suite B | Prescott | AZ | 86305 | $29.11 |
| 33 | 613 | PRESCOTT RADIOLOGISTS (OVER 6 MTHS) | 1000 Ainsworth Suite B | Prescott | AZ | 86305 | $332.52 |
| 34 | 617 | YAVAPAI ORTHOPEDICS | 8725 N. Live Oak Dr | Prescott | AZ | 86305 | $422.13 |
| 35 | 622 | SANJAY AHUWALIA MD | 455 N Mesa Dr. # 8-W | Mesa | AZ | 85201 | $94.97 |
| 36 | 623 | SEEMA A AHUWALIA MD | 455 N Mesa Dr. # 8-W | Mesa | AZ | 85201 | $18.75 |
| | | DELIA BAUTISTA | 94 E. | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | 627 | TOBIN | Galveston St. | Gilbert | AZ | 85296 | $101.68 |
| 38 | 628 | RICHARD BAILEY MD | 3750 Hwy 95 # 101 | Bullhead City | AZ | 86442 | $233.06 |
| 39 | 631 | HEART CARE PC | 9522 E San Salvador # 206 | Scottsdale | AZ | 85258 | $134.61 |
| 40 | 637 | NEXT STAGE FINANCIAL GROUP LLC | PO Box 28287 | Tempe | AZ | 85285 | $54.75 |
| 41 | 645 | SUN SURGERY PC | PO Box 25280 | Scottsdale | AZ | 85255 | $23.92 |
| 42 | 647 | CAMELBACK WOMES HEALTH | 11209 N Tatum Blvd # 255 | Phoenix | AZ | 85028 | $134.03 |
| 43 | 656 | RESPIRATORY SERVICES PC | 3337 N. Miller Rd # 107 | Scottsdale | AZ | 85251 | $232.90 |
| 44 | 685 | HEART CARE SECOND PLACEMENT | 9522 E San Salvador # 206 | Scottsdale | AZ | 85258 | $372.43 |
| 45 | 691 | FOOT AND ANKLE CENTER | 1515 E. Florence Blvd # 105 | Casa Grande | AZ | 85222 | $16.13 |
| 46 | 720 | DJ ORTHO | 1430 Deciscion St, Mail Stop: AR | Vista | CA | 92081 | $11,966.31 |
| 47 | 728 | PAULA NADELL MD | 3411 N 5th Ave # 205 | Phoenix | AZ | 85013 | $68.82 |
| 48 | 729 | SCOTTSDALE UROLOGICAL SURGEONS | 7301 E 2nd St # 308 | Scottsdale | AZ | 85257 | $262.02 |
| 49 | 774 | GENERAL & VASCULAR SURGEONS PC | 19636 N 27th Ave # 204 | Phoenix | AZ | 850247 | $233.76 |
| 50 | 780 | ARIZONA ORTHOPEDIC & FRACTURE SURGEONS | 444 W Osborn Rd # 200 | Phoenix | AZ | 85013 | $288.76 |
| 51 | 791 | DR MONTE SCHWARTZ | PO Box 53587 | Phoenix | AZ | 85072 | $5.53 |
| 52 | 794 | MD PC ERIK DE JONGE | File 51153 | Los Angeles | CA | 90074 | $57.63 |
| 53 | 813 | CASA GRANDE ER PHYSICIANS MARINA MEDICAL | 18000 Studebaker Rd 4th Floor | Cerritos | CA | 90703 | $300.53 |
| 54 | 824 | STEVEN COLE ATTORNEY | 1400 E Southern Ave # 320 | Tempe | AZ | 85282 | $30.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55 | 867 | SCOTTSDALE SURGICAL ASSISTANTS | PO Box 8090 | Scottsdale | AZ | 85252 | $66.67 |
| 56 | 871 | HOLLAND CENTER FOR FAMILY HEALTH | 4025 W. Bell Rd # 15 | Phoenix | AZ | 85083 | $11.58 |
| 57 | 918 | MICHAEL A TRAINOR MD | 1115 N Higley Rd # 107 | Mesa | AZ | 85205 | $136.00 |
| 58 | 920 | BERTRAND P KAPER MD | 3655 Crossing Dr | Prescott | AZ | 86305 | $75.00 |
| 59 | 969 | THE GROVES | 2990 S. Power Rd. | Mesa | AZ | 85212 | $39.00 |
| 60 | 1056 | RICHARD LEASE RNFA | PO Box 1533 | Gilbert | AZ | 85299 | $822.13 |
| 61 | 1068 | FINANCIAL CLAIMS INC | PO Box 3029 | Kirkland | WA | 98083 | $15.40 |
| 62 | 1106 | RADIOLOGY LTD | PO Box 12249 | Tucson | AZ | 85731 | $10.00 |
| 63 | 1114 | MOUNTAIN PARK HEALTH CENTER | 2702 N. 3rd St # 4020 | Phoenix | AZ | 85004 | $10.80 |
| 64 | 1149 | LLC CHOICES INTEGRATIVE HEALTHCARE | 2935 Southwest Dr | Sedona | AZ | 86336 | $176.45 |
| 65 | 1210 | SOUTHWEST ORAL AND FACIAL SURGERY | 2680 S. Val Vista Dr # 164 | Gilbert | AZ | 85295 | $678.13 |
| 66 | 1236 | DR ANTHONY ROSALES | 421 N Humphreys | Flagstaff | AZ | 86001 | $75.00 |
| 67 | 1237 | GILBERT RESPIRATORY ASSOCIATES | 5460 S. Miller Pl. | Chandler | AZ | 85248 | $66.67 |
| 68 | 1239 | SPINE INSTITUTE OF ARIZONA | 9735 N. 90th Place | Scottsdale | AZ | 85258 | $95.13 |
| 69 | 1245 | 4C HOSPITALISTS | 10229 N 92nd st # I-103 | Scottsdale | AZ | 85258 | $98.92 |
| 70 | 1253 | SHEN DERMATOLOGY | 27403 Yenez Rd # 106 | Temecula | CA | 92591 | $119.16 |
| 71 | 1254 | ORCHARD MEDICAL GROUP | 4905 Old Orchard Center | Skokie | IL | 60076 | $55.68 |
| 72 | 1260 | CR PROPERTY | 11242 N. 19th Ave # 15 | Phoenix | AZ | 85029 | $146.00 |
| 73 | 1262 | DLB SURGICAL ASSISTING | PO Box 3142 | Chandler | AZ | 85244 | $33.35 |
| 74 | 1263 | JANELLE DROGOWSKI RNFA NP | 30553 N. 123 LN | Peoria | AZ | 85383 | $700.04 |
| 75 | 1264 | EVAN J SHORT DDS | 1025 W. 24th St. # 8 | Yuma | AZ | 85364 | $166.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 76 | 1269 | AMERICAN COLLECTION SYSTEMS | 407 S. 21st St Box # 1289 | Laramie | WY | 82070 | $7.50 |
| 77 | 1441 | DESERT RIDGE REHAB | 8575 E. Princess Dr # 205 | Scottsdale | AZ | 85255 | $82.91 |
| 78 | 1462 | NEW HORIZON OBGYN | 3420 E. Shea Blvd # 200 | Phoenix | AZ | 85028 | $1,886.09 |
| 79 | 1467 | PARADISE VALLEY OBGYN | 3420 E. Shea Blvd # 200 | Phoenix | AZ | 85028 | $317.60 |
| 80 | 1476 | AZ WELLNESS | 3420 E. Shea Blvd # 200 | Phoenix | AZ | 85028 | $699.73 |
| 81 | 1488 | MARICOPA OBGYN | 3420 E. Shea Blvd # 200 | Phoenix | AZ | 85028 | $678.21 |
| 82 | 1490 | RADIOLOGY LTD | PO Box 12249 | Tucson | AZ | 85731 | $54.36 |
| 83 | 1495 | CENTRAL VALLEY PEDIATRICS | 7011 Howard St # 106 | Fresno | CA | 93720 | $303.52 |
| 84 | 1498 | MARYVALE CARDIOLOGY | 8410 W. Thomas Rd # 116 | Phoenix | AZ | 85037 | $40.01 |
| 85 | 1535 | ARIZONA FAMILY CARE ASSOCIATES | 6 S. 2nd St. | Sierra Vista | AZ | 85635 | $165.49 |
| 86 | 1543 | ARIZONA ENDOSCOPY CENTER | 1410 E. McDowell Rd | Phoenix | AZ | 85006 | $1.15 |
| 87 | 1548 | DAN BANGART DPM | 13660 N. 94th # F1 | Chandler | AZ | 85224 | $114.30 |
| 88 | 1549 | SEEMA MOHAN MD | PO Box 5848 | Carefree | AZ | 85377 | $55.42 |
| 89 | 1556 | RADIOLOGY LTD | PO Box 12249 | Tucson | AZ | 85731 | $1,972.50 |
| 90 | 1564 | SOUTHWEST URGENT CARE | 2202 N. Forbes Blvd | Tucson | AZ | 85745 | $1,149.36 |
| 91 | 1565 | VERDE VALLEY URGENT CARE | 535 E McKellips Rd # 121 | Mesa | AZ | 85203 | $1,135.28 |
| 92 | 1578 | SOUTHEAST VALLEY GASTROENTEROLOGY | 875 S. Dobson Rd | Chandler | AZ | 85224 | $901.89 |
| 93 | 1582 | DRS THOMAS & ROSKOS FAMILY DENTISTRY | 7350 S. McClintock # 104 | Tempe | AZ | 85253 | $200.64 |
| 94 | 1585 | LAURIE J BLANSCENT | 24400 Jackson Ave # B | Murrieta | CA | 92562 | $155.00 |
| 95 | 1586 | SAFEGUARD SECURITY | 8454 N 90th St | Scottsdale | AZ | 85258 | $168.70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 96 | 1594 | MARK IANNINI MD MPH | 2202 N. Forbes Blvd | Tucson | AZ | 85745 | $14.00 |
| 97 | 1608 | TAREK YOUSEF MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $58.80 |
| 98 | 1613 | WILLIAM MESSIER MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $93.34 |
| 99 | 1615 | DOMINIC DESSABLES MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $17.72 |
| 100 | 1617 | LASZLO CSERNAK MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $20.00 |
| 101 | 1618 | KEITH REITZEL MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $57.15 |
| 102 | 1624 | GORDON GENTA MD | 2000 E Southern Ave # 105 | Tempe | AZ | 85282 | $16.67 |
| 103 | 1635 | PUT YOUR FEET FIRST | 1402 N. Miller Rd # D-3 | Scottsdale | AZ | 85257 | $6.96 |
| 104 | 1640 | NORTHEAST GEORGIA SURGICAL ASSOCIATES | 1075 Jesse Jewell Pkwy Suite B | Gainesville | GA | 30501 | $226.50 |
| 105 | 1642 | VERDE VALLEY HEART CENTER | 294 W State Rt 89A # 107 | Cottonwood | AZ | 86326 | $183.99 |
| 106 | 1644 | COASTAL WIRELESS | N/A | | | | $133.34 |
| 107 | 1655 | GENESIS OBGYN | 4881 E. Grant Rd | Tucson | AZ | 85712 | $508.70 |
| 108 | 1656 | DR EFREN CASANOVA | 8711 E. Pinnacle Peak # 203 | Scottsdale | AZ | 85255 | $786.00 |
| 109 | 1660 | DOUGLAS SHEPHARD | 1000 Willow Creek Rd | Prescott | AZ | 86301 | $62.38 |
| 110 | 1673 | BRETT SWENSON MD PLLC | 21803 N. Scottsdale Rd # 125 | Scottsdale | AZ | 85255 | $18.75 |
| 111 | 1690 | SAN TAN MOUNTAIN CHIROPRACTIC & REHAB | 3011 S Lindsey Rd # 101 | Gilbert | AZ | 85295 | $229.99 |
| | | ADVANCED | 3305 E | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 112 | 1696 | CHIROPRACTIC & ALLERGY RELIEF | Greenway Pkwy # 7 | Phoenix | AZ | 85032 | $300.01 |
| 113 | 1701 | TRI-VALLEY AMBULANCE SERVICE | PO Box 958 | Wellton | AZ | 85356 | $141.79 |
| 114 | 1709 | PLLC YUMA UROLOGY CENTER | 2270 S. Ridgeview Dr. # 301 | Yuma | AZ | 85364 | $20.00 |
| 115 | 1712 | IM SPECIALISTS | 2737 W. Baseline Rd | Tempe | AZ | 85283 | $126.81 |
| 116 | 1716 | DR SHARON BOYER | 4824 E. Baseline Rd # 132 | Mesa | AZ | 85206 | $94.25 |
| 117 | 1718 | SURGICAL SPECIALTY HOSPITAL | 6501 W. 19th Ave | Phoenix | AZ | 85015 | $232.10 |
| 118 | 1723 | AFFLIATED HOSPITALISTS | 9225 N. 3rd St # 304 | Phoenix | AZ | 85020 | $1,951.66 |
| 119 | 1725 | NORTH MOUNTAIN DERMATOLOGY | 50 E. Dunlap # 105 | Phoenix | AZ | 85020 | $19.13 |
| 120 | 1730 | CAYON STATE UROLOGY | 5750 w Thunderbird Rd # B-200 | Glendale | AZ | 85306 | $559.81 |
| 121 | 1736 | SWC BUSINESS ENTERPRISES | 5743 E. Thomas Rd # 6 | Scottsdale | AZ | 85251 | $78.12 |
| 122 | 1739 | CASA GRANDE ORAL & MAXILLOFACIAL SURGERY | 1876 E. Sabin Dr # 6 Bldg C | Casa Grande | AZ | 85222 | $103.40 |
| 123 | 1744 | PAUL D DLUGIE | 12002 E Shea Blvd # 5 | Scottsdale | AZ | 85259 | $66.67 |
| 124 | 1745 | JEFFERY MONASH | 1845 W. Orange Grove # 115 | Tucson | AZ | 85704 | $40.00 |
| 125 | 1751 | SPECTRUM FALLS FOOT AND ANKLE | 2730 S. Val Vista Dr # 158 | Gilbert | AZ | 85296 | $15.00 |
| 126 | 1753 | CHARI FAMILY DENTITRY | 8876 E Pinnacle Pk Rd # 101 | Scottsdale | AZ | 85255 | $366.68 |
| 127 | 1759 | ARIZONA HEART INSTITUTE | 2700 N 3rd St # 3000 | Phoenix | AZ | 85004 | $731.20 |
| 128 | 1764 | PC CAMELBACK PEDIATRICS | 4350 E. Camelback Rd # G-100 | Phoenix | AZ | 85018 | $1,903.45 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 129 | 1768 | MOBILE ONE LLC | 9623 E. Sharon Dr. | Scottsdale | AZ | 85260 | $770.85 |
| 130 | 1770 | EAST VALLEY FOOTCARE | 6104 E. Brown Rd Suite 102 | Mesa | AZ | 85205 | $12.59 |
| 131 | 1775 | C. SHAPIRO & ASSOCIATES | 702 E. Bell Road # 119 | Phoenix | AZ | 85022 | $22.08 |
| 132 | 1777 | ACACIA ENDODONTICS | 1300 N. McClintock Dr # B-2 | Chandler | AZ | 85226 | $550.54 |
| 133 | 1780 | AVONDALE DENTAL | 10655 N. Indian School Suite J | Avondale | AZ | 85323 | $144.99 |
| 134 | 1791 | ORLANDO HEALTH INC | 7725 N. 43rd # 111 | Phoenix | AZ | 85051 | $6,194.93 |
| 135 | 1845 | ARIZONA ALLERGY ASSOCIATES | 705 S. Dobson Rd | Chandler | AZ | 85224 | $198.76 |
| 136 | 1846 | ARIZONA ALLERGY ASSOCIATES | 705 S. Dobson Rd | Chandler | AZ | 85224 | $98.97 |
| 137 | 1849 | ADULT & PEDIATRIC ALLERGY ASSOCIATES PC | 2236 W. Bethany Home Rd # 2 | Phoenix | AZ | 85015 | $490.87 |
| 138 | 1855 | HATFIELD FAMILY MEDICINE | PO Box 7060 | Chandler | AZ | 85246 | $90.92 |
| 139 | 1874 | RONALD R DDS FLORES | 1552 W. St. Mary's Rd | Tucson | AZ | 85745 | $119.52 |
| 140 | 1876 | WINSTON NUEROLOGY | 1492 Rymco Dr | Winston Salem | NC | 27103 | $704.09 |
| 141 | 1888 | THE CHIROPRACTIC CENTER | 2606 E. Grant Rd | Tucson | AZ | 85716 | $26.67 |
| 142 | 1909 | DR LEVINSON SCOTTSDALE MEDICAL ASSO | 7331 E. Osborn Dr # 205 | Scottsdale | AZ | 85251 | $66.67 |
| 143 | 1914 | GOMPERS DENTAL CENTER | 6601 N 27th Ave | Phoenix | AZ | 85017 | $45.00 |
| 144 | 1915 | SOUTHEAST VALLEY ENDOSCOPY CENTER | 875 S. Dobson Rd | Chandler | AZ | 85224 | $345.73 |
| 145 | 1921 | VALLEY PHYSICAL MEDICINE & REHAB PC | 222 W Thomas Rd # 212 | Phoenix | AZ | 85013 | $181.05 |
| 146 | 1930 | RADIOLOGY 24/7 | 5820 Oberlin Dr # 205 | San Diego | CA | 92121 | $522.72 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 147 | 1934 | CATALINA EAR NOSE AND THROAT | 5910 N. La Cholla Blvd | Tucson | AZ | 85741 | $296.84 |
| 148 | 1939 | SEDONA CARDIOLOGY CENTER | 95 Soldier Pass Rd # B1 | Sedona | AZ | 86336 | $58.14 |
| 149 | 1948 | DESERT MOUNTAIN ANESTHESIOLOGY | 8970 E. Raintree Dr # 100 | Scottsdale | AZ | 85260 | $1,742.20 |
| 150 | 1961 | DR INAYAT M ALIKHAN | 441 S 48th St # 102 | Tempe | AZ | 85281 | $15.00 |
| 151 | 1964 | EAST VALLEY ORAL SURGERY | 3800 W. Ray Rd # 14 | Chandler | AZ | 85226 | $40.00 |
| 152 | 1971 | S COMMUNICATION | 2305 W. Mineral Rd | Phoenix | AZ | 85041 | $150.00 |
| 153 | 1972 | NORTHCUTT PHYSICAL THERAPY | 2020 W. Whispering Wind Dr. | Phoenix | AZ | 85085 | $71.25 |
| 154 | 1982 | T-BIRD HOSPITALISTS & KESTRELPBS BILLING | 5757 W. Thunderbird Rd # 155 | Glendale | AZ | 85306 | $797.18 |
| 155 | 1985 | LLC PEDIATRIC SURGERY CENTERS | 14111 SR 54 Odessa | Odessa | FL | 33556 | $255.55 |
| 156 | 1986 | LLC PEDIATRIC SURGERY CENTERS | 10080 Balaye Run Dr | Tampa | FL | 33619 | $1,467.65 |
| 157 | 1990 | REHAB PLUS INC | 4201 E Thomas Rd | Phoenix | AZ | 85008 | $52.50 |
| 158 | 1992 | AMERICAN FAMILY DENTISTRY | 14201 N Hayden Rd # D3 | Scottsdale | AZ | 85260 | $44.14 |
| 159 | 2007 | ROSSMAR & GRAHAM | 9362 E. Raintree Dr | Scottsdale | AZ | 85260 | $615.00 |
| 160 | 2010 | SUN VALLEY COLON AND RECTAL SURGERY LTD | PO Box 1543 | Sun City | AZ | 85372 | $851.38 |
| 161 | 2016 | PEDIATRIC OTOLARYNGOLOGY HEAD & NECK | PO Box 76479 | St. Petersburg | FL | 33734 | $335.47 |
| 162 | 2027 | SWING PHYSICAL THERAPY | 15455 W. Bell Rd | Surprise | AZ | 85374 | $30.00 |
| 163 | 2031 | ALLIANCE URGENT CARE | 1660 N Higley # 104 | Gilbert | AZ | 85234 | $980.82 |
| 164 | 2032 | MD HENERY FLOREZ | 2730 S. Avenue B | Yuma | AZ | 85364 | $78.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 165 | 2034 | SHADOW MOUNTAIN VILLAS | PO Box 31176 | Phoenix | AZ | 85046 | $233.35 |
| 166 | 2046 | NO APPOINTMENT MD | 6677 W Thunderbird Rd # A 124 | Glendale | AZ | 85306 | $1,223.49 |
| 167 | 2055 | CAPITAL RELAY | 6700 Squibb Rd # 201 | Mission | KS | 66202 | $1,918.11 |
| 168 | 2057 | NORTH SCOTTSDALE WOMENS HEALTH | 9745 N 90th Place | Scottsdale | AZ | 85258 | $134.38 |
| 169 | 2062 | BODY VIBE INTERNATIONAL | 20875 N Pima Rd # C4-202 | Scottsdale | AZ | 85255 | $150.00 |
| 170 | 2063 | PATRICIA GRADE PC | 9745 N 90th Place | Scottsdale | AZ | 85258 | $75.38 |
| 171 | | TOTAL | | | | | $70,630.01 |

```
                              +    190,000
              1&2 APPX           ─────────
                                 260,630.01
           ACCOUNT PAYABLE +      79,869.55
           PAGE 1 TO 40           ─────────
                                  340,499.56
                                 ═════════
```